In the Matter of POLK COUNTY DEPARTMENT OF SOCIAL SERVICES, on Behalf of JACQUELINE LAWRENCE, Appellant, v CARL W. HOWELL, Respondent.—Motion for poor person relief denied as unnecessary. Memorandum: Respondent's motion for poor person relief is unnecessary. The appeal was deemed abandoned and dismissed when appellant failed to perfect it on or before July 30, 1992 *(see,* 22 NYCRR 1000.3 [b] [2] [i]). Present—Boomer, J. P., Pine, Boehm, Davis and Doerr, JJ.

SYDNEY McDONALD, Respondent, v BRIAN FREEMAN, Appellant.—Motion to dismiss appeal denied. Memorandum: Petitioner failed to prove when, or, indeed, whether the order on appeal was served with notice of entry and thus her motion to dismiss respondent's appeal as untimely must be denied *(see,* CPLR 5513 [a]). Present—Boomer, J. P., Pine, Balio, Lawton and Davis, JJ.